UNITED STATES DISTRICT COURT
FOR   THE
DISTRICT OF VERMONT

Roy E. Johnson                          :
     Petitioner,                       :
                                     :
          v.                         :   File No. 2:06-CV-81
                                       :
Robert Hofmann,                         :
Commissioner, Vermont                   :
Department of Corrections,              :
     Respondent.                       :

ORDER

      The  Report  and  Recommendation  of  the  United  States
Magistrate  Judge  was  filed  November  14,  2006.    After  careful
review  of  the  file  and  the  Magistrate  Judge's  Report  and
Recommendation,  no  objections  having  been  filed  by  any  party,
this  Court  ADOPTS  the  Magistrate  Judge's  recommendations  in  full
for  the  reasons  stated  in  the  Report.

      The  respondent's  motion  to  dismiss  (Paper  6)  is  **GRANTED**,
and  petitioner's  motion  for  appointment  of  counsel  (Paper  7)  is
**DENIED**  as  moot,  and  Johnson's  §  2254  petition  is  **DISMISSED**.

      Pursuant  to  Fed.  R.  App.  P.  22(b),  a  certificate  of
appealability  is  DENIED  because  the  petitioner  has  failed  to
make  a  substantial  showing  of  denial  of  a  federal  right.
Furthermore,  the  petitioner's  grounds  for  relief  do  not  present
issues  which  are  debatable  among  jurists  of  reasons,  which  could
have  been  resolved  differently,  or  which  deserve  further
proceedings.   See  e.g.,  Flieger v. Delo,  16  F.3rd  878,  882-83

1

(8th Cir.) <u>cert.</u> <u>denied</u>, 513 U.S. 946 (1994); <u>Sawyer v. Collins</u>, 986 F.2d 1493, 1497 (5th cir.), <u>cert.</u> <u>denied</u>, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 1st day of December, 2006.


<u>/s/ William K. Sessions III</u>
William K. Sessions III
U. S. District Judge